**FILED**
MAR 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001
March 13, 2008
Registered Mail

**Stamped in Newark, New Jersey one copy left and Mailed to Washington DC because of conflict in New Jersey and Third Circuit Court of Appeals, barred from the U.S. District Court in New Jersey for fraud by the State and Federal Judges to have a fair trial, because I sued a lawyer. Notice to Publish in the Library of Congress One Day.**

Sam H. James Jr. PRO-SE
279 Fourth Avenue
APT. # 406
East Orange, N.J. Plaintiff,
973-675-3017
     3359
Vs.
                Defendants

Case: 1:08-cv-00474
Assigned To : Robertson, James
Assign. Date : 3/19/2008
Description: Civil Rights-Non-Employ.

**Civil Rights Action**

**COMPLAINT**

<u>**TRIAL BY JURY DEMAND**</u>

United States of America & The Justice Department
United States Court of Appeals for Third Circuit, Laura Greene Staff Attorney
Supreme Court of New Jersey Sandy Sanford
State of New Jersey
Attorney General State of New Jersey
United States Department of Housing and Urban Development HUD.
Judge Mary L. Cooper, United States Judge. Individually and Professionally
Judge William H. Walls United States Judge "              "
Judge Eugene J. Codey Jr. Superior Court Judge "           "
Judge Patricia A. Costello, Assignment Judge of Essex County. "    "
Ned M. Rosenburg Superior Court Judge"                     "
Walter Kaprowski Jr. Superior Court Judge " Individually and professionally "
Marie L. Simonelli Superior Court Judge " Individually and Professionally "
Erica D. Vitanza
279 Fourth Avenue Management L.L.C.
Thaniel J. Beinert

Christopher Beinert
Attorney John MarMaras
Judge Edwin Stern
Presslor and Presslor
Mayor Robert L. Bowser and the East Orange Rent Leveling Board, Armelia Grooms
Division on Civil Rights Elizabeth Russia

## PARTIES

**Sam H. James Jr.**
**279 Fourth Avenue Apt. 406**
**East Orange, New Jersey 07017**
**973-675-3357**

**Plaintiff.**

**Defendants.**

United States Department & The Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

United States Court of Appeals for the Third Circuit, Laura Greene
22614 U.S. Court House, 601 Market Street
Philadelphia, PA 19106

Attorney General State of New Jersey
P.O. Box 080
Trenton, New Jersey 08625-0080

Division on Civil Rights, Elizabeth Russian
Office of the Director
140 East Front Street, 6th Floor
P.O. Box 090
Trenton, New Jersey 08625-0090

State of New Jersey
State House
P.O. Box 001
State House
Trenton, New Jersey 08625

United States Department of Housing and Urban Development
451 South Seventh Street S.W.
Washington, DC 20410

United States District Court
Clarkson E. Fisher Federal Building & U.S Courthouse
402 E. State Street
Trenton, New Jersey 08608

United States District Court, William H. Walls
50 Walnut Street
Federal Square
Newark, New Jersey 07102

Eugene J. Codey Jr.
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Patricia A. Costello, Assignment Judge Essex County
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Ned M. Rosenberg
Superior Court of New Jersey
50 West Market Street
Newark, New Jersey 07102

Walter Kaprowski Jr.
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Marie L. Simonelli
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Erica D. Vitanza
155 Bay Ridge Ave
Brooklyn, New York 11220

Thaniel J. Beinert Esq.
155 bay Ridge Avenue
Brooklyn, New York 11220

Christopher Beinert
155 Bay Ridge Avenue
Brooklyn, New York 11220

Attorney John MarMaras
45 Bloomfield Avenue
Bloomfield, New Jersey 07003

Presslor and Presslor
16 Wing Drive
Cedar Knolls, New Jersey


Mayor Robert L. Bowser and City of East Orange
Armelia Grooms
44 City Hall Plaza
East Orange, New Jersey 07017

## Jurisdiction

The United States District Federal Court has jurisdiction over Article 111, Section 11, appointments clause of Article 11, Section 2.U.S.C.A. Const. 2 & 2c2 Article 3&1, et-seq. 28 U.S.C.A. 591-599. Article 3& 1 Et - Seq.  Article 11, Section 11, U.S. Supreme Court has Original Jurisdiction, 13th 8th 7th 14th 5th 6th 11th amendment of the U.S. Constitution. U.S.C.A. 42  1985 Section (3) 42 1981 Section (A) U.S.C.A. 42 1981 & 1983 Section (A) U.S.C.A. Section 3601-3619 ET-Al The Fair Housing Act. Article 6, International Covent on Civil Rights and Political Rights. Civil Rights Act of 1964 , Section   201 (a) B-1 (d) 1 & 2  203 ( c)  204 (a)  Civil Rights Act of 1866. Section 42 1443 N.J.S.A. 59:3-3 Execution or Enforcement of Laws. Jurisdictional question of Diversity of Citizenship pertaining to 279 Fourth Avenue Management L.L.C N.J.L. against Discrimination. 18 U.S. C.A. 242.

## Statement of Claim for Relief

Wherefore Plaintiff Sam H. James Jr. AKA Samuel H. James Jr. States a Claim for relief under the above, cited Federal , State & United States Supreme Court Statutes;

Alleges defendants as a result of their actions in Sam H. James Jr. AKA Samuel H. James Jr. advocating my Civil Rights, because of my race I was being prosecuted under , Corruption and Conspiracy under Color of Authority of State and Federal Statutes, and U.S. Supreme Court Statutes, valid on their faces, for conduct protected by Federal Constitutional Guarantees or by Federal Statutes or by both State and Federal Constitutional Statutory Guarantees, to bring injunctions, all the above defendants continued to go in disguise on the highway under color of Authority of Federal and State Statutes, & U.S. Supreme Court Statutes or guarantees Racially Motivated, invidiously and discriminatory class base, Social Economic and racial hostility racketeering and invidious discrimination under color of law for the Deprivation of my Equal Rights, of the Law, Due Process, Equal immunities, Equal Treaties, Equal Privileges, Guaranteed Immunities, Guaranteed Treaties, these actions were racially motivated and purposefully discriminatory because of my race and religious beliefs and reverse-discriminatory acts, was fair to assert private parties named and not named was a products of a corrupt conspiracy and bribery that continued up until Feb. 4, & 5 2008, wherefore plaintiff demand's relief for, tortured, torturous Injuries as a result, of their actions and non-actions.

## Cause of Action

Retaliation by State Officials, State of New Jersey and Federal Government for suing a lawyer 1993 and taking a Physician to the Board of Medical Examiners Board 1992, for order of Public Reprimand which resulted in the reprisal of the State fraternal Boards to brand with the Number 13, July 13, 1993 which the Late Attorney Joseph P. Piscopo and later Hon. Judge James Mc Govern State Judge Workers Compensation Judge Federal Case 99-1793, when I withdrew the complaint against him with prejudice, advised me the Essex County Fraternities were trying to unseat him to get at me, to unfairly review me these actions of Corruption Conspiracy and Bribery of State and Federal Officials continued all threw our Government, and if I did not watch and pay attention my Own free Government would have murdered committed or convicted me under color of State & Federal Authority, like was done to Elmer Allen of Human Experiments The Plutonium Experiment and many others who have not watched as President Bill & Hillary Clinton Exposed during their time in Office.

### Separate Count Article 111 of the Constitution

The State of New Jersey has interest in the matter and allowed its staff to discriminate against me because of my race and religious beliefs and its ignorance.

### First Count against United States and Federal Judges

In continued retaliation and Volokh Conspiracy – case 07-842 The Subject Judge May 30, 2007 lied in her order about Sam H. James Jr. influenced by some of the named defendants the subject Judge 07-842 engaged in conduct prejudicial to the effective expeditious Administration of business of the courts reaching outside of the record to slander Sam H. James Jr. in her order of May 30, 2007 a conspiracy with court staff others and Thaniel J Beinert Esq. the Subject Judge case 05-0310 and 07-842 to reach out side of United States Supreme Court Jurisdiction other than Writ of Certiorari Appeal taken Pursuant to 28 U.S.C. 1251, influenced by some of the defendants and Gail Johnson Clerk of the Supreme Court of United States of America, to file a out of time appeal with the Third Circuit Court of Appeals 07-2922 Influenced by some of the defendants and court of appeals staff for the third circuit to continue to engage in conduct to justify conduct prejudicial to the effective expeditious administration of the business of the Courts because of my race and invidious and reverse discrimination and my religious beliefs or thoughts.

### First Count, Against State Of New Jersey and Private Parties

In Concert with Federal Judges, and Private Parties Official Act's of State Superior Court Judges Patricia A. Costello and Hon. Walter Kaprowski Jr. Case Lt-025568-06 and Case L-8712-06 with Judge Marie Simonelli, with Hon. Judge Eugene J. Codey Jr. DC-021941-06 was a product of a corrupt conspiracy involving bribery and fraud of State Judges to create a State engineered case L-8712-06 with Thaniel J. Beinert Esq. and Erica D. Vitanza John MarMaras withdrawing my motion of April 19, 2007 to leave to appeal filed with the Appellate Division and Sandy Sanford of the Supreme Court of New Jersey was sufficient to assert private parties were acting under color Authority of State Law, with above Federal Officials, State and City Officials to deny Sam H. James Jr. Actions under U.S.C. 42 Section [3617] 3601-3619 and other state statues and city ordinances in retaliation by bringing injunctions by the above parties any more parties need to be joined in a separate complaint will be filed.

Second Count against State of New Jersey, United States of America and State of New Jersey.

The Jews were placed over the blacks around 1555 slave trade and all other Nations in or coming into the United States in America, called the Ram causing blacks mainly to become morons throwing signs in our courts of the United States of America and State Courts causing a great imbalance in our Justice system creating,

death, fraud, greed and stupidity, and very little honor amongst the people that were whipped by them in secret and a cross burnt on our lawns to separate our generations in America and throughout the earth. This is the reason the six million Jews were killed in Germany and the Whites Nations and Italians went into prohibition against the Jews producing Frank Nitties, Al Capone Etc.

### Third Count against State of New Jersey and United States of America

Around 1996, The Late Doctor Ralph C. Marcove told me I needed transverse fusion then later told me he did not like my kind, Then when I went to Johns Hopkins Hospital around Dec. 23, 2007 I was injected in my anus with heavy metals, and told by Dr. Ruben Nichols I had colitis. I stepped way from our medial field and treated my self for the removal of lead and to cure my intestines. This is what the Jews and others who do not like blacks cause the blacks to do to each other.

### Separate Count against Judge Ned M. Rosenburg.

Official Act of State Judge Ned. M. Rosenburg on Feb. 4, 2008 failure to abide by the N.J.S.A. 46:8-19 Security Deposit Act was a product of a corrupt conspiracy involving bribery of this Judge was sufficient to assert private parties 279 Fourth Avenue Management L.L.C action under color of State law on part of Private parties to continue to deny me my rights under the Fair Housing Act, N.J.S.A. 46:8-19 Et-Al Security Deposit Act because of my race and protect the Jewish fellow in Apt 108 279 Fourth Avenue East Orange, New Jersey.

### Separate Count; State of New Jersey Division on Civil Rights.

State of New Jersey & Division on Civil Rights Elizabeth Russian July 26, 2006 joined in under color of State Law with private parties Thaniel J. Beinert Esq., continuing to violate my rights to Civil Rights Statutes and 13th Amendment and equal protections.

### Separate Count against Attorney John MarMaras

Around May 9, 2007 I entered into Legal Contract with Attorney John MarMaras I asked Attorney John MarMaras not to withdraw my motion of April 19, 2007 filed in the Superior Court of New Jersey he did against my consent I continued to pay him knowing he had obviously called and spoke to Thaniel J. Beinert Esq. and The Subject Judge 07-842.

### Separate Count Presslor and Presslor Law Offices.

Case DC-012941-06 was filed and not certified until August 16, 2006 when the Superior Court of New Jersey played games and I stamped the documents in the court August 16, 2006, the parties and Judge Eugene J. Codey Jr. waited until my Federal Rights ran 15 U.S.C. 1601-1692 etc ran and brought judgment in retaliation

for me running five Superior Court Judges of, of the bench late date of Conspiracy Feb. 29, 2008

### Separate Count Attorney General State of New Jersey Ann. Milgram

The Late Attorney Joseph P. Piscopo advised me July 13, 1993 boy do not get your back cut our Government Is very unfair and Hon. Judge James Mc Govern advised me Dec. 9, & 10, 1999 of what Essex County fraternities were doing of under Conspiracy under Color of State Law in New Jersey in Essex County, that caused the Attorney Generals Office not to abide by the 13th Amendment and Equal Protection of the Law of the United States Constitution and use the Masonic Institutions to deny blacks that right in the United States of America, my grandfather belonged to the swastika and I was hip to the Jewish based organizations in America, that place involuntary servitude on United States Citizens mainly the exercise of American black citizen's rights that is why I never joined.

### Separate Count against State of New Jersey

The Conspiracy under color of State Law has run-concurrent from 1996 to 2008 By State of New Jersey and its Office's and Courts to Feb. 1, 2008 Judge Eugene J. Codey Jr. Feb. 4, 2008 Judge Ned M. Stern to try and force me out of my apartment of 22 years, this is why it is so hard to win a Fair Housing case the Judges are taking bribes and State Official and City Officials.

### State of New Jersey and Federal Government

The State of New Jersey and other State Joined in to murder me because I received 100 % Total Disability like was done to Mr. Elmer Allen of Human Experiments but I watched and after speaking to Dr. Michael Baden I treated myself for the removal of lead he replied oh a live patient all of my patients are dead.

**Separate Count against United States Department of Housing and Urban Development HUD.**

I hired a Jewish Lawyer in 2003 for another case, Mary Haith of HUD refused to investigate my case under Services and dismissed my case, the witness is still alive to day and this is what blacks do to each other in our courts and blacks will never be free in the United States of America. Please go and investigate Phillip Yourish of 279 Fourth Avenue Apt. 108 and see how much rent he pays and why the Jews have not tried to force him out like me.

Separate Count against Laura Greene Staff Attorney U.S. Court of Appeals Third Circuit.

Laura Greene Staff Attorney assisted in the filing of a false misplaced appeal to try and cover for Federal Judges 07-2922 when she saw it was a direct appeal to the United States Supreme Court from a decision of order. Also Laura Greene Staff Attorney must have saw case No. 05-4361 against some of the same members, it look like to me Government fraud by the Judges also, because how does a 25 year Discrimination lawyer fail to submit a claim for relief ? The Supreme Court of the United States must set up a fraud Section to review Lawyers and Judges in their cases to make sure the lawyers do not participate for personal gain fraudulently.

### Demand For Trial by Jury

Plaintiff requests appointment of Counsel by United States Department of Justice, or United States Attorney's Office because of conspiracy Bribery, of official Acts of my Officials and the late Attorney Joseph P. Piscopo Esq. was right it Is not his people that are prejudice but mine, because when the Italians found out like the Germans what the Jews were really doing to their people they became angry and put a stop to this type of treatment to each other. I request $ 50,000,000.00 in damages and $ 50 million in Punitive Damages and for the United States District Court or the U.S. Supreme Court or the United States District Court on its own motion to sua-sponte suspend the Attorney General Office State of New Jersey from Representing any of the above parties, because of 13th Amendment Violations, each State has adopted fraternal lodges the blindfold over justice barring blacks and minorities 13th amendment rights to be free from the badges and incidents of Slavery in housing & involuntary servitude . I also want the U.S. Supreme Court to look at case No. 05-4361 for possible fraud bribery and conflict with the U.S. & U.S. Third Circuit Court of Appeal's for the Third Circuit also.

The above is true to the best of my ability, If willfully false I may be punished.

Respectfully

Sam H. James Jr

Date March 13, 2008

Extraordinary History of Case of Color of State Law and Government Discrimination in Federal and State Government.

State Judge James Mc Govern, Supervising Judge of the Division of Workers Compensation awarded me 100% Total and Permanent Disability July 13, 1993, I began searching my medical records and met a Physician named the late Ralph C. Marcove, who advised me in 1996 in addition to my spinal problem, I had a crack around the base of my spine then later told me he did not like my kind a Jewish Physician so they buried the records again, which lead to the filing of case Lt- 97-1246 JWB and then 99-1793 against Judge James Mc Govern, who advised me the Essex County Fraternities were trying to unseat him ( around Dec. 9 & 10, 1999) from my case to get even with me, for suing a lawyer and taking a Physician to the Medical examiners Board, in defense of that I again filed case 03-3915 W.J.M who remanded my case back to State Court without instruction. I then filed case 05-0310 WHW, and then filed case 07-842 (MLC) to find United States Judge Mary L. Cooper was in on the Masonic hit of me with State Judges to deny me my Civil Rights, and at the same time Thaniel J, Beinert Esq. was trying to set-me up with United States District Court staff on April 19, 2007 a black woman and a white Male Supervisor and Thaniel J. Beinert called me on April 20, 2007 at home to see if I had been arrested, and then the Judge Mary L. Cooper committed fraud and put a lie in her Judgment May 30, 2007 I was repeatedly kicking the door in the Federal Court House and barred me from the Federal Court, under the Masonic hit placed on me by State Government and Federal Government courts slammed doors on me in New Jersey ? I told my friend who is United States Marshall what the Judge said he said she is lying we do not take that ? Then I noticed in retaliation for me exercising my rights Judge Eugene J. Codey Jr. and Walter Kaprowski Jr. and Erica D. Vitanza and Hon. Marie Simonelli produced a state engineered case L-8712-06 under color of State law to charge me with Defamation of Character to put me off of Total Disability and Deny me my Fair Housing Rights and use force of Judgment to evict me, so I hired a lawyer Attorney John MarMaras and he joined in with the under color of State Law Activities by withdrawing my motion April 19, 2007, requesting removal of my State Court actions to U.S. District Court I could see then that the New Jersey Legal Field was working together against me and my 13th Amendment rights to be free from the badges and incidents of Slavery in housing. I appeared in The Superior Court of New Jersey Essex County on Feb. 4, 2008 and Judge Ned. M. Stern started grinning with 279 Fourth Avenue Management L.L.C. Lawyers and the Court staff started trying to get me to violate the Law of the New Jersey Security Deposit Act. N.J.S.A. 46:8-19 ET-AL that 279 Fourth Avenue Management L.L.C has remained in violation of that Act for 4 years, and the State Judges yell at you and right orders, to make you appeal the cases under color of State Law, all these Judges in Essex County are making moves to bring the cases against me to then file

criminal contempt proceedings and then process the actions under Color of State Law. Late Attorney Joseph P. Piscopo said man at the end of this case, you will find out man it is not my people that are prejudice but yours and this Government is very unfair ?

Nation of Islam Minister Louis Farrakhan since I attended the million Man March October 16, 1995 I have found out it is not white people who are prejudice but my people. I Jewish Physician did damage to my spine around June 21, 1985, shortly thereafter a Doctor Alvin W. Larkin a black physician a orthopedic surgeon told Mr. Gelman a lawyer that he did not want to be bothered because my case seemed quite involved. Then I noticed blacks were in the Masonic order stealing my medical records and films such as I recorded in 12-22-1992 Orange Memorial Hospital the no-good nigger were rigging the records so the Essex County Fraternities could get even with me then the Jewish Judges I am asking to get up out of my case. I believe in the All where ever we came from because their can be no such thing as God, because of Genesis Chapter 30 the eleventh verse from Gad came GOD in our American heritage dictionary and the lack of respect blacks have fore one another even to a medical record. Sir then these brothers get into the fraternal clubs from all over the world and come here and target American black woman, for a green card then leave babies in the street for our Government to take care of then building their own black families of African Decent, Jamaican Decent, Haitian's and come to America trying to show the white people they are better than America blacks.

The Whites of old are right, do not be like a nigger and a Jew which a 55 year practicing Attorney Name The Late Attorney Joseph P. Piscopo advised me after long discussion at the end of this case you will find out its is your people that are prejudice and not mine. He was right all of the blacks are throwing signs acting ignorant towards one another and the black and Jewish Judges are patting the members on the back and watching how ignorant blacks are and will continue to allow this because this is what blacks did to whites with King Nimrod and Moses, had the White people throwing signs and screwed them and with Judas Iscariot telling the Secret the Whites banned together and started murdering blacks, because the blacks told then about a GOD, that is why the white wrote in the United States Constitution that blacks were 3\5 Human and carried out the suffering on blacks because you reap what you sew. The Jews were so jealous of a black man like me that speaks up a Masonic hit was placed on me in 1985 and a black lawyer laughed I prayed to the All or I am that I am and 1987 the same Jewish Physician did the same thing to the black lawyers mothers back and if that black person was not screwed up like blacks are we could have received justice.

I just turned Republican, I will never vote Democratic party again.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
SAM H. JONES, JR.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE  N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
279 Fourth Avenue
Apt. 406
East Orange, N.J. 07017

## DEFENDANTS
USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00474
Assigned To : Robertson, James
Assign. Date : 3/19/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** N/A   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 3.19.08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.