United States District Court
District of Columbia
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001
March 13, 2008
Registered Mail

**Stamped in Newark, New Jersey one copy left and Mailed to Washington DC because of conflict in New Jersey and Third Circuit Court of Appeals, barred from the U.S. District Court in New Jersey for fraud by the State and Federal Judges to have a fair trial, because I sued a lawyer. Notice to Publish in the Library of Congress One Day.**

SAM H. JAMES JR.. PRO-SE
SAMUEL H.JAMES JR.

Plaintiff,

Vs.

Defendants

Civil Action No. 08 - 00474

**Civil Rights Action**

**COMPLAINT**

**TRIAL BY JURY DEMAND**

United States of America & The Justice Department
United States Court of Appeals for Third Circuit, Laura Greene Staff Attorney
Supreme Court of New Jersey & Sandy Sanford
State of New Jersey
Attorney General State of New Jersey
United States Department of Housing and Urban Development HUD.
Judge Mary L. Cooper, United States Judge. Individually and Professionally
Judge William H. Walls United States Judge "                          "
Judge Eugene J. Codey Jr. Superior Court Judge "                       "
Judge Patricia A. Costello, Assignment Judge of Essex County. "        "
Ned M. Rosenburg  Superior Court Judge"                                "
Walter Kaprowski Jr. Superior Court Judge " Individually and professionally "
Marie L. Simonelli Superior Court Judge " Individually and Professionally "
Erica D. Vitanza
279 Fourth Avenue Management L.L.C.

**RECEIVED**

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thaniel J. Beinert
Christopher Beinert
Attorney John MarMaras
Judge Edwin Stern
Presslor and Presslor
Mayor Robert L. Bowser and the East Orange Rent Leveling Board, Armelia Grooms
Division on Civil Rights Elizabeth Russia

## PARTIES

**Sam H.  James Jr.**
**279 Fourth Avenue Apt. 406**
**East Orange, New Jersey 07017**
**973-675-3357**

**Plaintiff.**

**Defendants.**

**Supreme Court of New Jersey & Sandy Sanford**
**25 West Market Street**
**Hughes Justice Complex**
**Trenton, New Jersey 08625**

United States Department & The Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

United States Court of Appeals for the Third Circuit, Laura Greene
22614 U.S. Court House, 601 Market Street
Philadelphia, PA 19106

Attorney General State of New Jersey
P.O. Box 080
Trenton, New Jersey 08625-0080

Division on Civil Rights State of New Jersey & Elizabeth Russian
Office of the Director
140 East Front Street, 6th Floor
P.O. Box 090
Trenton, New Jersey 08625-0090

State of New Jersey
State House
P.O. Box 001

State House
Trenton, New Jersey 08625

United States Department of Housing and Urban Development
451 South Seventh Street S.W.
Washington, DC 20410

United States District Court
Clarkson E. Fisher Federal Building & U.S Courthouse
402 E. State Street
Trenton, New Jersey 08608

United States District Court, William H. Walls
50 Walnut Street
Federal Square
Newark, New Jersey 07102

Eugene J. Codey Jr.
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Patricia A. Costello, Assignment Judge Essex County
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Ned M. Rosenberg
Superior Court of New Jersey
50 West Market Street
Newark, New Jersey 07102

Walter Kaprowski Jr.
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Marie L. Simonelli
Superior Court of New Jersey Essex County
50 West Market Street
Newark, New Jersey 07102

Erica D. Vitanza
155 Bay Ridge Ave
Brooklyn, New York 11220

Thaniel J. Beinert Esq.
155 bay Ridge Avenue
Brooklyn, New York 11220

Christopher Beinert
155 Bay Ridge Avenue
Brooklyn, New York 11220

Attorney John MarMaras
45 Bloomfield Avenue
Bloomfield, New Jersey 07003

Presslor and Presslor
16 Wing Drive
Cedar Knolls, New Jersey

Mayor Robert L. Bowser and City of East Orange
Armelia Grooms
44 City Hall Plaza
East Orange, New Jersey 07017

## PLAINTIFFS',ORIGINAL COMPLAINT AND AMENDED REQUEST FOR DESIGNATION OF THREE-JUDGE COURT AND AMENDMENTS OF ORIGINAL COMPLAINT.

TO THE HONORABLE OF SAID COURT:

COME NOW SAM H. JAMES JR. SAMUEL H. JAMES JR, Plaintiffs in the above Captioned and numbered cause and pursuant to Article 1 Section 8, $13^{th,}$ 8th 7th 14th 5th 6th 11th 9th amendment. Clause 1. Article 111, Section 1 & 2, Appointments Clause, Section 2U.S.C.A. Const. 2&2c2 Article 3&1 Et-seq. 28 U.S.C.A. 591-599 of the United States Constitution, Title 28 Section 2201, 2202 and 2284 and Federal Tort Claims Act Section 1346(B) and 2671 Et-Seq Title 28. Section 2401(b) Title 28, Section 3002 Et-Al, and Title 42 U.S.C. Section 1985 (3), Section 1981, 1983, 1988 2000D ET-Seq. 3601-3619-Et-Al The Fair Housing Act and 1443. N.J.S.A. 59: 3-3 Execution or Enforcement of laws bad faith, N.J.L. against Discrimination. 18 U.S.C.A. 242, Federal Tort Claims Act Title 28 Section 1346(b) Sections 2679, (A)&(B) 2671 Et-seq. and 2401(b) Article 6.

International Covent on Civil Rights and Political Rights.  Civil Rights, Section 201(a) B-1 (d) 1&2 203 (c) 204 (a) Civil Rights Act of 1866 Act of 1964 and Impeachment of Governor Jon Corzine from Office for Lying to the Public in his oath of Office, New Jersey Constitution Section VIII, Section 11, for allowing the Attorney Generals Office to violate The United States Constitutional 13th Amendment placing involuntary Servitude to exist in the State of New Jersey I file this Original and Amended Complaint and Request for Designation of Three-Judge Court, and in connection would respectfully show unto the court as follows Rule 15(A) and (B)(C) 1.2.3..2 & Rule 4M (A)(B) Amendments and Supplemental Pleadings 15 (D) be allowed also and Rule of Federal Procedure 5(C) Numerous Defendants  the Three Panel Judges strictly adhere to Rule 9.:

### Jurisdiction

The Plaintiffs Complaint raises questions arising under the United States Constitution and Federal and State Law, and this court has "Federal Question" Jurisdiction pursuant to 1331 and Diversity of Citizenship 279 Fourth Avenue Management L.L.C. Additionally, the Plaintiffs complaint challenges the constitutionality of the apportionment of congressional districts enacted by the 58th congress together with the 9th & 10th Congressional District formed 1903 State of N.J. and this court therefore posses jurisdiction pursuant to 28 U.S.C. Section 1343(a) and 2284(A). Prior to designation of a three judge panel of this court in accordance with 28 U.S.C 2284 (B) (1), a single Judge of this court is authorized, under 28 U.S. C. Section 2284 (b)(1) to issue a temporary restraining order requested by Plaintiffs, subject to further review and consideration of plaintiffs application for interim preliminary, permanent injunction, by the designated three-judge panel of this court against State of New Jersey and Attorney Generals Office's and State Courts and any Lawyer in the state of New Jersey including Attorney Anthony Benvento not named and Protective Order in Case L-8712-06 for Violation of 13th 14th Amendment Rights and Government Conspiracy by State of New Jersey and its Legal Field and Medical Field a permanent restraining order so I can get fair Medical Treatment and others for me exercising my rights as a Natural Born American Citizen for about 13 years, and a descendant of former slaves in America, in which the State Of New Jersey Has interest in the matter, Reparations must be also granted in this case for 13th Amendment violations and other Federal and State Violations done to me under Authority of Color of State and Federal Laws.

## PARTIES

Sam H. James Jr. aka Samuel H. James Jr. is a United States Citizen Natural Born and a descendant of the former slaves in America , and a registered voter and non-taxpayer because of Total and Permanent Disability Status presently residing within The geographic boundaries, of the 9th & 10th congressional district 58th Congress of New Jersey.

Defendant United States of America and Department of Justice is a party for allowing States and State of New Jersey Attorney General to violate the United States Constitutional 13th Amendment since 1947 to not represent individuals in this State and the Supreme Court of New Jersey.

Defendants United States Court of Appeals Lawyer Laura Greene is guilty of assisting some of the Defendants and non-defendants in the filing of a false out of time appeal to try and Protect Federal Judge from me coming after him Title 18 242, Conspiracy.

Defendant Supreme Court of New Jersey and Sandy Sanford and its departments are guilty of ditching and hearing only the Supreme Court of New Jersey Ethics Complaints, such as the one with Superior Court Judge Michael F. Giles non-important issues of black judge.

Defendant State of New Jersey is guilty of 13th Amendment violations and use of invidious discrimination, and constant color of Law activities such as these and you have to make Washington, DC a State to hear these kinds of cases where State of New Jersey is allowing severe injustices.

**Defendant,** all Attorney Generals States of New Jersey and its departments, have constantly violated the 13th Amendment of the United States Constitution and New Jersey Constitution no-Segregation clause since New Jerseys Seal November 4, 1947.

**Defendant,** United States Department of Housing and Urban Development Is guilty of violation of the 13th Amendment by hiring members of the Fraternal Order in the United States and its State who use the order in violation of the Reco Act, and 13th Amendment Of U.S. Constitution. In its Departments case a Jew Phillip Yourish who pays low rent advised me the Jewish landlords have different standard for him than me and The State never properly investigates such cases and HUD, and HUD conspired with Elizabeth Russian and Failed to hear my case. (Minister Louis Farrakhan Nation of Islam Said you could not win a Fair Housing Case on TV because you have to picked.

**Defendant Mary L. Cooper** stepped outside of her Judicial Capacity, to help the Fraternal club get at me 13th Amendment violation

**Defendants Judge William H. Walls,** Stepped outside of his record to set up August 2, 2006 Judgment violating my rights to review, and Appeal 13th Amend Violation.

Defendants, State Judges, Hon. Judge Eugene J. Codey Jr., Patricia A. Costello, Ned M. Rosenburg, Walter Kaprowski Jr, Marie Simonelli, conspired with Erica D. Vitanza Esq, Thaniel J. Beinert Esq. ( 279 Fourth Ave Management L.L.C, Foreign Corporation Diversity of Citizenship)Christopher Beinert and Attorney John MarMaras, under color of Authority of State Law, and instead of withdrawing my appeal made moves as my Representative, to defeat Federal Jurisdiction, instead of withdrawing my appeal to make money off, of me set me up and ditch me , when

Page 5 & 6 of the (Summary Judgment Transcript) order of March 16, 2007 states she, Judge Marie Simonelli ( Judge Marie Simonelli failed to execute Superior Court Rule 1:20-9 (H) Protective Order is willing to accept a motion if one is filed by my attorney , filed by my Attorney if I found one, Attorney John MarMaras, chooses to protect Judge Eugene J. Codey Jr. from Fraudulent Writ of Execution filed by Thaniel J. Beinert in Conspiracy with Judge Eugene J, Codey Jr.  filed Around May 14, 2007, to conspire with Judge Edwin Stern to bring an injunction, to continue to consent to the blacklisting of my Civil Rights by the State of New Jersey's Legal field because I exercised my rights to State of New Jersey 13th Amendment violation, Involuntary Servitude and Invidious Discrimination.

Defendant Mayor Robert L. Bowser City of East Orange New Jersey and the East Orange Rent Leveling Board Armelia Grooms, continues the Color of State of Law Activities, to try and get the East Orange Rent Leveling Board dismiss my cases fraudulently 13th Amendment violation, to move with fraternities. Oh No attached is letter of June 18,2008 continued conspiracy by Thaniel J. Beinert and State Crew, Mr.  Elior Shiloh 973-424-6804, they should read N.J.S.A. 2A:18-59,The Superior Court Looses jurisdiction once the rent is paid into the court.

Defendant Elizabeth Russian,  around July 26, 2006 possibly conspired with Thaniel J. Beinert Esq. to violate my Civil Rights and 13th Amendment Rights.

Defendant Judge Ned M. Stern; seems to surfacing case Lt-000946-08 to bring a Order in which the Superior Court of New Jersey has long a go lost jurisdiction in.

I also have to Subpoena Jo Anne Brown if needed, for some questions in my mind at State of New Jersey along with others in Fair Housing situations in the States of America I hope not.

### Statement of Claim for Relief

Wherefore Plaintiff Sam H. James Jr. AKA Samuel H. James Jr. States a Claim for relief under the above, cited Federal , State & United States Supreme Court Statutes;

Alleges defendants as a result of their actions in Sam H. James Jr. AKA Samuel H. James Jr. advocating my Civil Rights, because of my race I was being prosecuted under , Corruption and Conspiracy under Color of Authority of State and Federal Statutes, and U.S. Supreme Court Statutes, valid on their faces, for conduct protected by Federal  Constitutional Guarantees or by Federal Statutes or by both State and Federal Constitutional Statutory Guarantees, to bring injunctions, all the above defendants continued to go in disguise on the highway under color of Authority of Federal and State Statutes, & U.S. Supreme Court Statutes or guarantees Racially Motivated, invidiously and discriminatory class base, Social Economic and racial hostility racketeering and invidious discrimination under color of law for the Deprivation of my Equal Rights, of the Law, Due Process, Equal immunities, Equal Treaties, Equal Privileges, Guaranteed Immunities, Guaranteed Treaties, these actions were racially motivated and purposefully discriminatory because of my race and religious beliefs and reverse-discriminatory acts, was fair to assert private parties named and not named was a  products of a corrupt conspiracy

and bribery that continued up until Feb. 4, & 5 2008, wherefore plaintiff demand's
relief for, tortured, torturous Injuries as a result, of their actions and non-actions.

## Facts of Case

In Retaliation for Sam H. James Jr. AKA Samuel H. James Jr. suing Attorney
Norman I Ross Esq. and Taking Doctor Nathan E. Doctry to the Board of Medical
Examiners Board in around March 1992, for Public Reprimand July 13, 1993 I was
marked with the Number 13, fraternal hit on me by the State of New Jersey and
Agencies of the Federal Government in violation of the 13th Amendment, thereby
causing involuntary Servitude to be placed on me by State and Federal
Government, violating my fair housing rights Title 42 Section 3617, as State Judge
James Mc Govern advised me of in Federal Case 99-1793, while the Essex
Fraternity was trying to unseat him, from my case to unjustly review me at State of
New Jersey, because I am not a part of the Jewish Fraternities, my Grandfather
belonged to the Swastika, after the fraternities missed, the State Judges with Private
parties entered into a conspiracy to bring about a State Engineered case L-8712-06
to finish the legal lynching of Sam H. James Jr. aka Samuel H. James Jr. forcing me
to Washington DC, to have my case heard Title 42 Section 1985 Formerly the Klu-
Klux Klan Act where a lots of blacks have joined today lynching each other talking
about it is the White Man they are liars the stuff they did to me even with Church
Members coming after me, afraid to get work done on me in Doctors Offices ,
dentists, Hospitals, because of this Jewish club where blacks have joined and
continue destruction upon each other and all other Nations belong to the Swastika,
which caused me to bring about the various complaints and history  below in this

complaint, Invidious Discrimination, by State and Federal Government and the Legal Field Violating my Civil Rights all the way to the United States Supreme Court Gail Johnson, Court Clerk, to help the fixing of a Third Circuit Court of Appeals case 07-2922 in the Government Conspiracy against my Civil Rights, The Late Attorney Joseph P. Piscopo advised me at the end of this case you will find out Sam, it Is not my people who are prejudice but yours, the man was right they have joined a Jewish Club and lynching each other as this case will show what Thaniel J. Beinert Esq. has done with the use of this club to violate my Civil Rights and Fair Housing Rights in the State of New Jersey, with the bribing of State Judges and Officials. And others.

## Cause of Action

Retaliation by State Officials, State of New Jersey and Federal Government for suing a lawyer 1993 and taking a Physician to the Board of Medical Examiners Board 1992, for order of Public Reprimand which resulted in the reprisal of the State fraternal Boards to brand with the Number 13, July 13, 1993 which the Late Attorney Joseph P. Piscopo and later Hon. Judge James Mc Govern State Judge Workers Compensation Judge Federal Case 99-1793, when I withdrew the complaint against him with prejudice, advised me the Essex County Fraternities were trying to unseat him to get at me, to unfairly review me these actions of Corruption Conspiracy and Bribery of State and Federal Officials continued all threw our Government, and if I did not watch and pay attention my Own free Government would have murdered committed or convicted me under color of State & Federal Authority, like was done to Elmer Allen of Human Experiments The

Plutonium Experiment and many others who have not watched as President Bill & Hillary Clinton Exposed during their time in Office, even though they are prejudice also.

## Separate Count Article 111 of the Constitution

The State of New Jersey has interest in the matter and allowed its staff to discriminate against me because of my race and religious beliefs and its ignorance and the Supreme Court of the United States to correct the failure of the 13 Starr of Canon to say they are Jews but Not, but the synagogue of Satan, replacing our 13th Constitutional Amendment, to be free from Involuntary Servitude, any where subject to its Jurisdiction.

## First Count against United States and Federal Judges

In continued retaliation and Volokh Conspiracy – case 07-842 The Subject Judge May 30, 2007 lied in her order about Sam H. James Jr. influenced by some of the named defendants the subject Judge 07-842 engaged in conduct prejudicial to the effective expeditious Administration of business of the courts reaching outside of the record to slander Sam H. James Jr. in her order of May 30, 2007 a conspiracy with court staff others and Thaniel J Beinert Esq. the Subject Judge case 05-0310 and 07-842 to reach out side of United States Supreme Court Jurisdiction other than Writ of Certiorari Appeal taken Pursuant to 28 U.S.C. 1251, influenced by some of the defendants and Gail Johnson Clerk of the Supreme Court of United States of America, to file a out of time appeal with the Third Circuit Court of Appeals 07-2922 Influenced by some of the defendants and court of appeals staff for the third circuit to continue to engage in conduct to justify conduct prejudicial to the effective

expeditious administration of the business of the Courts because of my race and invidious and reverse discrimination and my religious beliefs or thoughts.

<u>First Count, Against State Of New Jersey and Private Parties</u>

In Concert with Federal Judges, and Private Parties Official Act's of State Superior Court Judges Patricia A. Costello and Hon. Walter Kaprowski Jr. Case Lt-025568-06 and Case L-8712-06 with Judge Marie Simonelli, with Hon. Judge Eugene J. Codey Jr. DC-021941-06 was a product of a corrupt conspiracy involving bribery and fraud of State Judges to create a State engineered case L-8712-06 with Thaniel J. Beinert Esq. and Erica D. Vitanza John MarMaras conspiring to withdrawing my motion of April 19, 2007 to leave to appeal filed with the Appellate Division and Sandy Sanford of the Supreme Court of New Jersey was sufficient to assert private parties were acting under color Authority of State Law, with above Federal Officials, State and City Officials to deny Sam H. James Jr. Actions under U.S.C. 42 Section [3617] 3601-3619 Et-Al and other state statues and city ordinances in retaliation by bringing injunctions by the above parties any more parties need to be joined in a separate complaint will be filed.

<u>Second Count against State of New Jersey, United States of America and State of New Jersey.</u>

The Jews were placed over the blacks around 1555 slave trade and all other Nations in or coming into the United States in America, called the Ram causing blacks mainly to become morons throwing signs in our courts of the United States of America and State Courts causing a great imbalance in our Justice system creating, death, fraud, greed and stupidity, and very little honor amongst the people that

were whipped by them in secret and a cross burnt on our lawns to separate our generations in America and throughout the earth. This is the reason the six million Jews were killed in Germany and the Whites Nations and Italians went into prohibition against the Jews producing Frank Nitties, Al Capone Etc.

### Third Count against State of New Jersey and United States of America

Around 1996, The Late Doctor Ralph C. Marcove told me I needed transverse fusion then later told me he did not like my kind, Then when I went to Johns Hopkins Hospital around Dec. 23, 2007 I was injected in my anus with heavy metals, and told by Dr. Ruben Nichols I had colitis. I stepped way from our medial field and treated my self for the removal of lead and to cure my intestines. This is what the Jews and others who do not like blacks cause the blacks to do to each other.

### Separate Count against Judge Ned M. Rosenburg.

Official Act of State Judge Ned. M. Rosenburg on Feb. 4, 2008 failure to abide by the N.J.S.A. 46:8-19 Security Deposit Act was a product of a corrupt conspiracy involving bribery of this Judge was sufficient to assert private parties 279 Fourth Avenue Management L.L.C action under color of State law on part of Private parties to continue to deny me my rights under the Fair Housing Act, N.J.S.A. 46:8-19 Et-Al Security Deposit Act because of my race and protect the Jewish fellow in Apt 108 279 Fourth Avenue East Orange, New Jersey.

### Separate Count; State of New Jersey Division on Civil Rights.

State of New Jersey & Division on Civil Rights Elizabeth Russian July 26, 2006 joined in under color of State Law with private parties Thaniel J. Beinert Esq.,

continuing to violate my rights to Civil Rights Statutes and 13th & 14th Amendment and equal protections Due Process of Law.

### Separate Count against Attorney John MarMaras

Around May 9, 2007 I entered into Legal Contract with Attorney John MarMaras I asked Attorney John MarMaras not to withdraw my motion of April 19, 2007 filed in the Superior Court of New Jersey he did against my consent I continued to pay him knowing he had obviously called and spoke to Thaniel J. Beinert Esq. and The Subject Judge 07-842., amended complaint I hired Attorney Micheal Confusione and he called Attorney John MarMaras and spoke to him and Attorney Michael Confusione said I do not know if I should do this case after speaking to Attorney John MarMaras and I fired him continued invidious discrimination by State of New Jerseys legal field and fraternities.

### Separate Count Presslor and Presslor Law Offices.

Case DC-012941-06 was filed and not certified until August 16, 2006 when the Superior Court of New Jersey played games and I stamped the documents in the court August 16, 2006, the parties and Judge Eugene J. Codey Jr. waited until my Federal Rights ran 15 U.S.C. 1601-1692 etc ran and brought judgment in retaliation for me running five Superior Court Judges off, of the bench last date of Conspiracy Feb. 29, 2008 at that time to present.

### Separate Count Attorney General State of New Jersey Ann. Milgram

The Late Attorney Joseph P. Piscopo advised me July 13, 1993 boy do not get your back cut our Government Is very unfair and Hon. Judge James Mc Govern advised me Dec. 9, & 10, 1999 of what Essex County fraternities were doing of under

Conspiracy under Color of State Law in New Jersey in Essex County, that caused the Attorney Generals Office not to abide by the 13th Amendment and Equal Protection of the Law of the United States Constitution and use the Masonic Institutions to deny blacks that right in the United States of America, my grandfather belonged to the swastika and I was hip to the Jewish based organizations in America, that place involuntary servitude on United States Citizens mainly the exercise of American black citizen's rights that is why I never joined.

## Separate Count against State of New Jersey

The Conspiracy under color of State Law has run-concurrent from 1996 to 2008, present By State of New Jersey and its Office's and Courts to Feb. 1, 2008 and present Judge Eugene J. Codey Jr. Feb. 4, 2008 Judge Ned M. Stern ( Settlement) to try and force me out of my apartment of 22 years, this is why it is so hard to win a Fair Housing case the Judges are taking bribes and State Official and City Officials and others.

## State of New Jersey and Federal Government

The State of New Jersey and other State actors Joined in to murder me because I received 100 % Total Disability like was done to Mr. Elmer Allen of Human Experiments but I watched and after speaking to Dr. Michael Baden I treated myself for the removal of lead he replied oh a live patient all of my patients are dead what a relief.

## Separate Count against United States Department of Housing and Urban Development HUD.

I hired a Jewish Lawyer in 2003 for another case, Mary Haith of HUD refused to investigate my case under Services and dismissed my case, the witness is still alive to day and this is what blacks do to each other in our courts and blacks will never be free in the United States of America. Please go and investigate Phillip Yourish of 279 Fourth Avenue Apt. 108 and see how much rent he pays and why the Jews have not tried to force him out like me.

Separate Count  against Laura Greene Staff Attorney U.S. Court of Appeals Third Circuit.

Laura Greene Staff Attorney assisted in the filing of a false misplaced appeal to try and cover for Federal Judges 07-2922 when she saw it was a direct appeal to the United States Supreme Court from a decision of order. Also Laura Greene Staff Attorney must have saw case No. 05-4361 against some of the same members, it look like to me Government fraud by the Judges also, because how does a 25 year Discrimination lawyer fail to submit a claim for relief? The Supreme Court of the United States must set up a fraud Section to review Lawyers and Judges in their cases to make sure the lawyers do not participate for personal gain fraudulently.

Amended Complaint against Mayor Robert L. Bowser, Armelia Grooms and the East Orange Rent Leveling Board Conspiracy to continue to Violate Sam H. James Jr. aka Samuel H. James Jr.s Civil Rights and Ordinances, because of a Fraternal hit placed on me by a Jewish Lawyer and carried out by blacks on blacks, in a fraternity to see why Barry Scheck and a lot of high profile lawyers have questioned are legal field and its principles and the reason for the high rate of black on black

crime in the United States amongst blacks, with Blacks in the Property Maintenance Dept. calling Officer, on me June 19, 2008 in reprisal for me exercising my rights to State and federal Government about the injustices with the City of East Orange, New Jersey and our black Mayor.

I have to question Jo Anne Brown also, if this goes to trial possibly.

## Demand For Trial by Jury

Plaintiff requests appointment of Counsel by United States Department of Justice, or United States Attorney's Office because of conspiracy Bribery, of official Acts of my Officials and the late Attorney Joseph P. Piscopo Esq. was right it Is not his people that are prejudice but mine, because when the Italians found out like the Germans what the Jews were really doing to their people they became angry and put a stop to this type of treatment to each other. I request $ 50,000,000.00 in damages and $ 800 million in Punitive Damages for the United States District Court or the U.S. Supreme Court or the United States District Court on its own motion to sua-sponte suspend the Attorney General Office State of New Jersey from Representing any of the above parties, State lawyers, because of continuing to violate individual 13th Amendment Rights and violations, each State has adopted fraternal lodges the blindfold over justice barring blacks and minorities 13th amendment rights to be free from the badges and incidents of Slavery in Housing & Involuntary Servitude and making Civil Rights Action equally as hard toprove. I also want the U.S. Supreme Court to look at case No. 05-4361 for possible fraud bribery and conflict with the U.S. & U.S. Third Circuit Court of Appeal's for the

Third Circuit also. On the Courts own motion, would you sign and seal and Prepare a Summons for the Supreme Court of New Jersey they are parties to this litigation and Division on Civil Rights, so I can during the Discovery Period unhook the Corruption in the Supreme Court Of New Jersey Attorney Ethics Division and Judicial Ethic's Committee to unhook the invidious discrimination their also, down the line Attorney Thaniel J. Beinert Esq, has offered to take back the Excessive Judgment of $200,000.00 Dollars awarded to Erica D, Vitanza in the Superior Kangaroo Court of Essex County New Jersey tomove out of my apartment, please move Sam out of Essex County which is on the record of the Superior Court of New Jersey. When my money runs out I will file a motion to proceed as an indigent to keep moving to protect my rights, because this case nay cost a million Dollars to properly prepare. I am requesting the United States District Court single panel Judge enter a temporary injunction and three –court judge- issue a permanent injunction against the State of New Jersey and all defendants and their lawyers, to gain Total Federal Jurisdiction under Title 28, Section 2201, 2202, and 2284 (B) 1 and Title 42 exclusively and other Federal Statues cited. Complaints served on Chief Justices and Executives branches of their Sections and private parties, some regular and Certified Mail and be allowed to file a New Complaint against Attorney Anthony Benvento, for his part in the conspiracy.

The above is true to the best of my ability, If willfully false I may be punished.

Respectfully

Sam H. James Jr.

Date March 13, 2008

SIGNED AND SUBSCRIBED
BEFORE ME ON THIS 26
OF _____ 200

NORMAN D. FORD
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
5-30-2009

**Extraordinary History of Case of Color of State Law and Government Discrimination in Federal and State Government.**

State Judge James Mc Govern, Supervising Judge of the Division of Workers Compensation awarded me 100% Total and Permanent Disability July 13, 1993, I began searching my medical records and met a Physician named the late Ralph C. Marcove, who advised me in 1996 in addition to my spinal problem, I had a crack around the base of my spine then later told me he did not like my kind a Jewish Physician so they buried the records again, which lead to the filing of case Lt- 97-1246 JWB and then 99-1793 against Judge James Mc Govern, who advised me the Essex County Fraternities were trying to unseat him ( around Dec. 9 & 10, 1999) from my case to get even with me, for suing a lawyer and taking a Physician to the Medical examiners Board, in defense of that I again filed case 03-3915 W.J.M who remanded my case back to State Court without instruction. I then filed case 05-0310 WHW, and then filed case 07-842 (MLC) to find United States Judge Mary L.

Cooper was in on the Masonic hit of me with State Judges to deny me my Civil Rights, and at the same time Thaniel J, Beinert Esq. was trying to set-me up with United States District Court staff Trenton, New Jersey on April 19, 2007 a black woman and a white Male Supervisor and Thaniel J. Beinert called me on April 20, 2007 at home to see if I had been arrested, and then the Judge Mary L. Cooper committed fraud and put a lie in her Judgment May 30, 2007 I was repeatedly kicking the door in the Federal Court House and barred me from the Federal Court, under the Masonic hit placed on me by State Government and Federal Government courts slammed doors on me in New Jersey ? I told my friend who is United States Marshall what the Judge said he said she is lying we do not take that? Then I noticed in retaliation for me exercising my rights Judge Eugene J. Codey Jr. and Walter Kaprowski Jr. and Erica D. Vitanza and Hon. Marie Simonelli produced a state engineered case L-8712-06 under color of State law to charge me with Defamation of Character to put me off of Total Disability and Deny me my Fair Housing Rights and use force of Judgment to evict me, so I hired a lawyer Attorney John MarMaras and he joined in with the under color of State Law Activities by withdrawing my motion April 19, 2007, requesting removal of my State Court actions to U.S. District Court I could see then that the New Jersey Legal Field was working together against me and my 13th Amendment rights to be free from the badges and incidents of Slavery in housing. I appeared in The Superior Court of New Jersey Essex County on Feb. 4, 2008 and Judge Ned. M. Stern started grinning with 279 Fourth Avenue Management L.L.C. Lawyers and the Court staff started trying to get me to violate the Law of the New Jersey Security Deposit Act. N.J.S.A.

46:8-19 ET-AL that 279 Fourth Avenue Management L.L.C has remained in violation of that Act for 4 years, and the State Judges yell at you and right orders, to make you appeal the cases under color of State Law, all these Judges in Essex County are making moves to bring the cases against me to then file criminal contempt proceedings and then process the actions under Color of State Law. Late Attorney Joseph P. Piscopo said man at the end of this case, you will find out man it is not my people that are prejudice but yours and this Government is very unfair ? Nation of Islam Minister Louis Farrakhan since I attended the million Man March October 16, 1995 I have found out it is not white people who are prejudice but my people. A Jewish Physician did damage to my spine around June 21, 1985, shortly thereafter a Doctor Alvin W. Larkin a black physician a orthopedic surgeon told Mr. Gelman a lawyer that he did not want to be bothered because my case seemed quite involved. Then I noticed blacks were in the Masonic order stealing my medical records and films such as I recorded in 12-22-1992 Orange Memorial Hospital the no-good nigger were rigging the records so the Essex County Fraternities could get even with me then the Jewish Judges I am asking to get up out of my case. I believe in the All where ever we came from because their can be no such thing as God, because of Genesis Chapter 30 the eleventh verse from Gad came GOD in our American heritage dictionary and the lack of respect blacks have for one another even to a medical record. Sir then these brothers get into the fraternal clubs from all over the world and come here and target American black woman, for a green card then leave babies in the street for our Government to take care of then building

their own black families of African Decent, Jamaican Decent, Haitian's and come to America trying to show the white people they are better than America blacks.

The Whites of old are right, do not be like a nigger and a Jew which a 55 year practicing Attorney Name The Late Attorney Joseph P. Piscopo advised me after long discussion at the end of this case you will find out its is your people that are prejudice and not mine. He was right all of the blacks are throwing signs acting ignorant towards one another and the black and Jewish Judges are patting the members on the back and watching how ignorant blacks are and will continue to allow this because this is what blacks did to whites with King Nimrod and Moses, had the White people throwing signs and screwed them and with Judas Iscariot telling the Secret the Whites banned together and started murdering blacks, because the blacks told then about a GOD, that is why the whites wrote in the United States Constitution that blacks were 3\5 Human and carried out the suffering on blacks because you reap what you sew. The Jews were so jealous of a black man like me that speaks up a Masonic hit was placed on me in 1985 and a black lawyer laughed I prayed to the All or I am that I am and 1987 the same Jewish Physician did the same thing to the black lawyers mothers back and if that black person was not screwed up like blacks are we could have received Total Justice.


I just turned Republican, I will never vote to the Democratic party again. A black man that has lived threw Malcolm X, times to Martin Luther King Jrs. time to present and blacks have no respect from each other and will keep the Game Warder System much alive.

Presidential Candidate John MC Cain, for President.