# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

                                                Summons in a Civil Case

                                                Case Number 08-0474

                Plaintiff

      Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: STATE OF NEW JERSEY P.O.BOX 001 STATE HOUSE

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt. 406 East Orange, New Jersey 07017.

  An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON  
CLERK                                     DATE  
BY DEPUTY CLERK

**RECEIVED**

JUL 9 – 2008

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

AO 440 (Rev. 8 01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  June 15, 2008 |
| NAME OF SERVER (PRINT)  U.S. mail | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. mail  7008 0500 0000 2455 4872
  Signed by Clerk _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 17, 2008___   _____
         Date            Signature of Server

         _____
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

Summons in a Civil Case

Case Number 08-0474

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Attorney General, Ann Milogram State of New Jersey P.O. Box 080 Trenton, New Jersey 08625

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER_____                                    ____1/15/0?____
CLERK                                                         DATE
___(signature)___
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _U.S. mail 7008 0500 0000 2455 4975_
_Served on Chief Executive Officer Gov. too_
_Carrie Station_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _June 12, 2008_  _____
          Date            *Signature of Server*

          _____
                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

Summons in a Civil Case

Case Number 08-0474

**Plaintiff**

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Division on Civil Rights Elizabeth Russian Trenton, New Jersey 08625

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

_____     5/13/08
CLERK                            DATE
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 12, 2008 |
| NAME OF SERVER *(PRINT)* US Mail | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US Mail 7008 0500 0000 2455 4975 _Served on_ _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 12, 2008    _____
            Date              *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.








