# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

                                Summons in a Civil Case

                                Case Number 08-0474

              Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Attorney John MarMaras 45 Bloomfield Avenue Bloomfield, New Jersey 07003

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apartment 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          5/15/08
CLERK                                                 DATE

BY DEPUTY CLERK

# RECEIVED

JUL 9 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  June 19, 2008 |
| NAME OF SERVER (PRINT)  US mail | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: US mail 7008 1500 0000 2455 0112

☒ Other (specify): US mail 7008 0500 2455 4844 Sygyns Civil Justice Statnt Papers

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 19, 2008
                Date                    Signature of Server

                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



