# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Superior Court NED M. Rosenburg Judge 50 West Market Street Newark, New Jersey 07102

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE  1/15/08

## RECEIVED

JUL 9 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 12, 2008* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *US mil* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): *US mil no 8 0500 2455 4844*
*Sessions Cert xxxxx Stret xxxxx*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*June 12, 2008*___    _____
                    Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

**Plaintiff**

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Superior Court of New Jersey Appellate Judge Edwin Stern P.O. Box 006 ~~Trenton, New Jersey 08625~~

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_____
DATE    1/15/08

_____
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE *July 15 2008* |
| NAME OF SERVER *(PRINT)* *Al mfi* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *US mail 7008 0500 0000 2455 9794*
*US mail 7008 0500 2455 9794*
*Supreme Court Justice States Express*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*July 15 2008*___ _____
　　　　　　　　Date　　　　　　Signature of Server

_____
Address of Server

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

Plaintiff

Vs.

**Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.**

**To: Superior Court Walter Kaprowski Jr. Judge  50 West Market Street Newark, New Jersey 07102**

**YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt. 406 East Orange, New Jersey 07017**

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE _1/11/08_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE *Juns 13 2008* |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* *US mil* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *US mil No8 0500 2455 48 44*
   *Supreme Court Septhoy Stood Kozel*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *Juns 13 2008*  _____
             Date              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

Sam H. James Jr. PRO-SE

### Summons in a Civil Case

### Case Number 08-0474

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Superior Court Patricia A. Costello, Assignment Judge 50 West Market Street Newark, New Jersey 07102

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apartment 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

_____ 1/11/08 _____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | _Aug 12, 2008_ |
| NAME OF SERVER *(PRINT)* _US mil_ | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _US mail  7008 0500 2455 4844_
_Supreme Court Justice Street Rosper_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Aug 12, 2008_ _____
   *Date*                *Signature of Server*

_____
   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

**Plaintiff**

Vs.

**Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.**

To: Superior Court Judge Eugene J. Codey Jr. 50 West Market Street Newark, New Jersey 07102

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

_____    DATE

CLERK

_____

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me(1) | DATE _June 13, 2008_ |
| NAME OF SERVER *(PRINT)* _U. Mui_ | TITLE |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _U. Mui  2008 0820 0000 2455 4341_
_Summons Cert Closed tates Steed_
_Response_

| | | |
|---|---|---|
| **STATEMENT OF SERVICE FEES** | | |
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 13, 2008___     _____
             Date                          *Signature of Server*


             _____
                    *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

### Plaintiff

### Vs.

**Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.**

To: Sandy Sandford; The Supreme Court of New Jersey 25 West Market Street P.o. Box 970 Trenton, New Jersey 08625-0970

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney  Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

BY DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 15 2008 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)*  *US mail* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *U S mail  7008 0500 0000 2455 484*
*Supreme Court Chief Justice Steve Ramey*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *June 15, 2008*     _____
             Date                 Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

Sam H. James Jr. PRO-SE

Summons in a Civil Case

Case Number 08-0474

**Plaintiff**

**Vs.**

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Superior Court Marie L. Simonelli Judge 50 West Market Street Newark, New Jersey 07102

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

BY DEPUTY CLERK

DATE _1/15/08_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | _June 19, 2008_ |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| _US mail_ | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): _US mail  7008 0500 0000 2455 4844_

_Supreme Court Chief Justice Sate_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 19 2008___     _____
                    Date                                    *Signature of Server*


_____
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

Sam H. James Jr. PRO-SE

Summons in a Civil Case

Case Number 08-0474

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: 279 Fourth Avenue Management L.L.C. 155 Bay Ridge Avenue Brooklyn, New York 11220

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE  5/15/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *J4·2·4 / 2·  700P* |
| NAME OF SERVER *(PRINT)*  *a5 mil* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☑  Other (specify): *U.l mlf l nob 0527, 2455   4844*
*Squllos Cerk N Stortl Reoous Ch--- b--*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *J4z /2 700P* _____
  Date                          Signature of Server

_____
  Address of Server

;1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

Plaintiff

Vs.

**Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.**

To: Erica D. Vitanza  155 Bay Ridge Avenue Brooklyn, New York 11220

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    5/15/08

CLERK                                        DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 13, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| US mgl | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): US mgl 7008 0560 0000 2455 4844

supreal court of ministry there busties

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 13 2008_____　　_____
　　　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

Sam H. James Jr. PRO-SE

### Summons in a Civil Case

### Case Number 08-0474

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Thaniel J. Beinert Esq. 155 Bay Ridge Avenue Brooklyn, New York 11220

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apartment 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE    5/15/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | _June 12, 2008_ |
| NAME OF SERVER *(PRINT)*    *U.S. mail* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _U.S. mail  7008 0820 2453 4944_
_Steven J. Mull Sullivan Civil ____ _____
_Class, Serm'z_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _June 12, 2008_   _____
         Date            Signature of Server

                   _____
                         Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

**Summons in a Civil Case**

**Case Number 08-0474**

Plaintiff

Vs.

**Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.**

To:  Christopher Beinert 155 Bay Ridge Avenue Brooklyn, New York 11220

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt. 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    _____1/15/08_____
CLERK                                          DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 8 01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | *June 15, 2008* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *US mil* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *US mil 7008 0500 2455 4844 Supreme Court at NY Staty / Papers*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *June 15, 2008*      _____
                Date                Signature of Server

                                   _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

Sam H. James Jr. PRO-SE

### Summons in a Civil Case

### Case Number 08-0474

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: United States Department of Housing and Urban Development HUD 451 Seventh Street S.W. Washington, DC 20410

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE  5/15/08

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 13, 2008* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *US mail* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *US mail 7008 0500 2455 0297*
*US Attorney General office CC*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *July 13, 2008*
         Date              Signature of Server

                       *US mail*
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

### Summons in a Civil Case

### Case Number 08-0474

**Plaintiff**

Vs.

**Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.**

To:  Armelia Grooms 44 City Hall Plaza East Orange, New Jersey 07017

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt. 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE  5/15/c.8

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 12, 2008* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *Al mil* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *US mil 7008 0500 0000 2455 4892*
    *Signed and Other Executive officer    Return Receipt*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *June 13 2008*      _____
                   Date                      Signature of Server

                                     _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## District of Columbia

Sam H. James Jr. PRO-SE

Summons in a Civil Case

Case Number 08-0474

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To:  Mayor Robert L. Bowser 44 City Hall Plaza East Orange, New Jersey 07017

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H, James Jr. 279 Fourth Avenue Apt. 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

_____

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 12, 2008* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *US mail* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): *US mail 7008 0500 0002 2455 4882*
*Sender's receipt (Signed)*
*Mayer Judge(?) US custody(?)*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *June 12, 2008* _____
           Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
*********************************
  HELP US SERVE YOU BETTER

  Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*********************************
*********************************
```

Customer Copy





7008 0500 0000 2455 4844

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage $1.90
Certified Fee $2.65
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee $1.20
(Endorsement Required)
Total Postage & Fees $ $6.53

Sent To Stevenhen Reece Chereby
Street, Apt. No.; 25 West Mall St
or PO Box No.
City, State, ZIP+4 Media PA 07035

PS Form 3800, August 2006











