FA 250/47 547 C/S

UNITED STATES DISTRICT COURT

District of Columbia

Sam H. James Jr. PRO-SE

Summons in a Civil Case

Case Number 08-0474 JR

Plaintiff

Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: ~~███████████~~ The Department of Justice 950 Pennsylvania Avenue N.W. Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. 279 Fourth Avenue Apt 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

DATE  1/15/08

RECEIVED

JUL 9 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 12, 2008 |
| NAME OF SERVER *(PRINT)* US mail | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US mail 7698 0500 2455 0297 United States Attorney, R.L.C. Civil D_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 12, 2008
            Date            Signature of Server

                            US mail
                            Address of Server

## UNITED STATES DISTRICT COURT

### District of Columbia

Sam H. James Jr. PRO-SE

                                    Summons in a Civil Case

                                    Case Number 08-0474
              Plaintiff

       Vs.

Unites States of America & The Department of Justice, United States Court of Appeals for the Third Circuit, Laura Greene Staff Attorney Supreme Court of New Jersey Sandy Sanford, State of New Jersey, Attorney General State of New Jersey, United States Department of Housing and Urban Development HUD. Judge Mary L. Cooper U.S.J. U.S. Judge William H. Walls. Superior Court Judge Eugene J. Codey Jr. Superior Court Judge Patricia A. Costello, Superior Court Judge Ned M. Rosenburg, Superior Court Judge Walter Kaprowski Jr. Superior Court Judge Marie L. Simonelli, Erica D. Vitanza, 279 Fourth Avenue Management L.L.C. Thaniel J. Beinert Esq., Christopher Beinert, Attorney John MarMaras, Judge Edwin Stern, Presslor and Presslor, Mayor Robert L. Bowser and the Rent leveling Board City of East Orange, New Jersey Armelia Groomes, Division on Civil Rights, Elizabeth Russian.

To: Laura Greene Staff Attorney United State Court of Appeals 601 Market Street, P.A. 19106-1790

YOU ARE HEREBY SUMMONED and required to serve on Plaintiffs Attorney Sam H. James Jr. PRO-SE 279 Fourth Avenue Apt. 406 East Orange, New Jersey 07017

An answer to the Complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court, within in a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    5/15/08

_____                           _____
CLERK                                             DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-12-2008 6-27-2008 |
| NAME OF SERVER (PRINT) US MP | TITLE |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _6-12-2008_  _____
             Date           Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.























