*Case 08-0 0474*



RECEIVED

JUL **9** – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



































































































**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CEDAR KNOLLS NJ 07

| | | |
|---|---|---|
| Postage | $ | $1.17 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.07 |

Postmark: BLOOMFIELD NJ, JUN 12 2008, USPS 07003

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006 — See Reverse for Instructions

7008 0500 0000 2455 4899

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TRENTON NJ 08625

| | | |
|---|---|---|
| Postage | $ | $1.51 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.41 |

Postmark: AMPERE STA. EAST ORANGE NJ 07017, JUN 27 2008, USPS

Sent To Supreme Court of NJ
Street, Apt. No.; or PO Box No. 25 West Market Street
City, State, ZIP+4 Trenton, NJ 08625

PS Form 3800, August 2006 — See Reverse for Instructions

7007 3020 0000 9170 6895

U.S. POSTAL SERVICE    CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

U.S. POSTAGE
PAID
BLOOMFIELD,NJ
07003
JUN 12, '08
AMOUNT
$1.10



































U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7008 0500 0000 2455 0143









U.S. POSTAL SERVICE

CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE. POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

$1.10

7001 1485-04

U.S. POSTAGE
PAID
BLOOMFIELD, NJ
07003
JUN 12 '08
AMOUNT











U.S. POSTAGE
PAID
BLOOMFIELD,NJ
07003
JUN 12 08
AMOUNT

$1.10

0001 4465-04







