08-00474

RECEIVED

JUL 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Court of Appeals
Holocaust
2614 Wcypress
501 Marshall St
NE Washington DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Saritseng — ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Saralang                        6/6

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number  7008 0500 0000 2455 4929
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

0800474

RECEIVED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Supreme Court
United States District
Court
1 E 8th Street
Charles Evans
Hamilton, NJ 08620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Melissa Hank  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) Melissa Hank
C. Date of Delivery 10-23-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 0500 0000 2455 0303

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

08-00474

RECEIVED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Dist Dist Crt
   Cust Judge William
   U.S. Judge Henry H.
   Kennedy
   333 Constitution Ave
   NW Wash DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   Date of Delivery
   [stamp: RECEIVED U.S. DISTRICT COURT 2008 JUL 16  9:55]   6/16/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 0500 0000 2455 0310

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540