08-0474

RECEIVED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Jorge Rotarend
   Castello nsismoal
   50 West Market St
   Newark NJ 07102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X P. Holder    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   P. Holder

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 3020 0000 9170 6468

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08-00474

RECEIVED

JUL 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lew Hopps Wolfer
   Kopwisk R
   Sugolan Company
   Essay Lyoli
   50 W. Lancaster St
   Bedns NJ 07102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Dan D, Muro
C. Date of Delivery: 7/14/08

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 3020 0000 9170 6482

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540