08-00474

RECEIVED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of East Orange
Mayor Robert L Bowser
44 City Hall Plaza
East Orange NJ 07017

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X E. Renfro ☑ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 6/13/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7008 0500 0000 2455 4882

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

08-00474

RECEIVED

JUL 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor Robert L. Bowser
[illegible]
[illegible]
44 City Hall
Plaza East Orange NJ
07017
Mayor Robert L. Bowser

**_COMPLETE THIS SECTION ON DELIVERY_**

A. Signature
X [illegible signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] C. Date of Delivery 6/28/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (*Transfer from service label*) 7007 3020 0000 9170 6550

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540