Jan 15, 2008 08-474 (JR)

Service of Process on United States Attorney Generals Office; Notice of Suit

1. United States of America & Justice Department
2. United States Court of Appeals for Third Circuit
3. United States Department of Houisng and Urban Development HUD
4. Judge Mary L. Cooper
5. Judge Willaim H. Walls

   Servie opf Process on Mary L. Cooper and Judge William H. Walls.

RECEIVED

JUL 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certified Mail 7008 0500 0000 2455 0297 on United States Attorneys Office

Copy of Complaint Served on Judge William H. Walls Certified Mail 7008 0500 0000 2455 0310
Copy of Complaint Served on Judge Mary L. Cooper Certified Mail 7008 0500 0000 2455 0303

Supreme Court of New Jersey, Sandy Sanford;

Judge Eugene J. Codey Jr.
Judge Patricia A, Costello Assignment Judge
Judge Ned M. Rosenburg
Judge Walter Kaprowski Jr.
Judge Marie Simonelli
Erica D. Vitanza
Thaniel J. Beinerty Esq.
Christopher Beinert
Attorney John MarMaras
Judge Edwin Stern
279 Fourth Avenue Management L.L.C.
Christopher Beinert

Summons and Complaint Served Certified Mail 7008 0500 0000 2455 4844 on Cheif Justice Stuart Rapner Service of Process Supreme Court of New Jersey for 279 Forth Avenue Mangement L.L.C, Thaniel J. Beinert a Foreign Corporation, practicing law in the State of New Jersey. Copy of Summons and Complaint served on manging agent Thaniel J. Beinert Esq. managing agent of 279 Fourth Avenue Managemet L.L.C. Certified Mail 7008 0500 0000 2455 4868

Summons and Complaint Served on Chief Executive Officer Governor Jon Corzine State of New Jersey Certified Mail 7008 0500 0000 2455 4875

State of New Jersey
Attorney General State of New Jersey,
Division on Civil Rights, Elizabth Russian

Summon sand Complaint served on Mayor Robert L. Bowser, Chief Executice Officer for Armelia Grooms and East Orange Rent Leveling Board Certified Mail 7008 0500 0000 2455 4882

Summons and Complaint Served on Presslor and Presslor, Certified Mail 7008 0500 0000 2455 4899

Summons and Complaint copy served on President George W. Bush Jr, how dare these guys put a fraternal hit on me my grandfather belonged to the Swastika,and my cousin was Patrick Henry because that is all I learned in school give me liberty or give me death, Certified Mail 7008 0500 0000 2455 4851, I have listened to all of the crack pots Mr. Bush and had to come to Washington on my own Sir.

List of Service of Process on all defendants.

Because the Courts Excluded George W. Bush I may have not sent him a copy of the Summons and Complaint but the Rest Should Respect

Karen Dickinson [illegible]

And By Sept 13 2008

Rule 4(m) Excepted and Cause Shown

the Courts

Pro-Se are not to be held to the Same Standards as Attorneys in Drafting of Pleadings

Clerk of the Court

Case 08-00474

I have asked the U.S. District Court of Washington DC on its own motion to bring forth a three-judge court upon it Rules as my amended complaint advised they have been served. The Court can sanction and dismiss a defendant. I am not on my responsibilities by Rule 4(m)S. Please carry out all of my rights as a pro-se litigant.

They have been served on Clerk, Justices, Governor, office Executive Branch and U.S. Attorney General, etc. Please advise the Judge of the Court, because the only way I will contact him is by motion.

[signature]

United States Postal Service®

# Request for Delivery Information/Return Receipt After Mailing

**INSTRUCTIONS FOR USE:**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Complete the shaded portions in Section 1.
2. Collect fees if required.
3. Select ONE of the following two options:

A. __ If the item was mailed to an office using electronic record management (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

- ❑ If your office has Intranet access, use the Intranet to generate the request via fax, mail, or e-mail.
- ❑ If your office does not have Intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

If electronic record is found, request the record electronically and discard this form. If the electronic record is not found, manually complete Section 3 and mail to the customer.

B. __ If the item was mailed to an office using manual record management (refer to POM Part 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (3B checked above)**

1. If the fee is not attached or the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.
2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.
3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the requestor and deposit it in the mailstream. Discard the remaining portion.

**Section 1**

Accepting Office: Postmark if Return Receipt fee was paid at time of mailing.

❑ Return Receipt fee WAS paid at time of mailing. (Customer has provided receipt. Postmark where indicated at left.)

❑ Return Receipt fee WAS NOT paid at time of mailing. (Attach fee below.)

*Attach fee here if applicable*

Accepting Office City/State/ZIP Code™: ______

**Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when inquiry is resolved — discard remainder of form. **Electronic Inquiries**: Generate request from Intranet and discard the entire form if record is found.

**Section 2**

**A. TYPE OF SERVICE**

❑ Certified Mail™ ❑ Numbered Insured
❑ COD ❑ Registered Mail™
❑ Express Mail® ❑ Return Receipt for Merchandise

**B. ARTICLE ADDRESSED TO**

Addressee Name

Addressee Address

(No., street, apt./ste. no.)

(City, state, ZIP Code™)

**C. ARTICLE INFORMATION**

Article Number

Mailing Date (mm/dd/yy)

**D. REQUESTOR**

Requestor Name

Requestor Address

(No., street, apt./ste. no.)

(City, state, ZIP Code)

Fax Number *(Include area code)* or email address *(Complete ONLY if an electronic inquiry)*

**...livery Office Use Only**
...records show no delivery
...use:
...ound
...: ______ )
...: ______ )

Delivered to the following individual, company or organization

Delivery Date

Delivery Address *(if different from address in section 2B)*

**Delivery Office Postmark**

[handwritten: Know from Hoc ... Submitted to US Post Office. 08-00474 Know from the HOC Office ... HOC ...]