UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM H. JAMES, JR.,                     :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :  Civil Action No. 08-0474 (JR)
                                       :
UNITED STATES OF AMERICA, *et          :
al.*,                                  :
                                       :
        Defendants.                    :

**ORDER**

      Upon a review of the complaint in this case, it is by the Court sua sponte **ORDERED** pursuant to Federal Rule of Civil Procedure 12(f)(1) that the complaint in this case is **stricken** as impertinent, scandalous, and as self-evidently having no purpose except to harass and annoy those named as defendants. It is **FURTHER ORDERED** that no party named in or served with the complaint has any obligation to answer, move or otherwise plead. And it is **FURTHER ORDERED** that plaintiff forthwith cause copies of this order to be served on each and every party he has served or caused to be served with his complaint.

                                                JAMES ROBERTSON
                                     United States District Judge