UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM H. JAMES, JR.,                  :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 08-0474 (JR)
                                    :
UNITED STATES OF AMERICA, *et       :
al.*,                               :
                                    :
        Defendants.                 :

## NOTICE

Plaintiff has filed no amended complaint since his original complaint was stricken by order dated July 23, 2008. He is to TAKE NOTICE that, unless a complaint meeting the requirements of Rule 8(a) of the Federal Rules of Civil Procedure is filed by September 15, 2008, his case will be dismissed for want of prosecution.


                                        JAMES ROBERTSON
                                    United States District Judge